IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DEBORAH T. MEEKS,**

    **Petitioner,**

**vs.**　　　　　　　　　　　　　　　　　　　　　　**5:04cv315-SPM/AK**

**JOSE BARRON, JR., WARDEN,**

    **Respondent.**
_____/

**REPORT AND RECOMMENDATION**

Petitioner, an inmate proceeding *pro se*, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in which she challenges the Bureau of Prison's computation of good time.  Doc. 1.  This is one of the *Guanipa* cases.  See *Guanipa v. Holder*, Cause No. 5:04CV150-SPM/AK (N.D. Fla.).  At the time Petitioner filed her petition, she was incarcerated in FCI Marianna, Florida, which is located in the Northern District of Florida.  At some time after that, she was transferred to Bryan FPC, Bryan, Texas, which is located in the Southern District of Texas.

In *Rumsfeld v. Padilla*, the United States Supreme Court found that "in habeas challenges to present physical confinement–'core challenges'–the default rule is that the proper respondent is the warden of the facility where the prisoner is being held...." *Rumsfeld v. Padilla*, ____ U.S. ____, 124 S.Ct. 2711, 2718, 159 L.Ed. 2d 513 (2004). Furthermore, the "plain language of the habeas statute...confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Padilla*, 124 S.Ct. at 2722.

Because Petitioner is no longer located in this district, the Court is without jurisdiction to proceed under *Padilla*, and transfer to the appropriate forum for further proceedings is required.

In light of the foregoing, it is respectfully **RECOMMENDED**:

That this cause be **TRANSFERRED** to the United States District Court for the Southern District of Texas for all further proceedings.

**IN CHAMBERS** at Gainesville, Florida, this __30th__ Day of March, 2005.

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**